UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00218 |
| | ) | |
| RAUL VALADEZ CAMARILLO | ) | CHIEF JUDGE CAMPBELL |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Kathryn D. Risinger and Joshua Kurtzman in place of Assistant United States Attorney Rachel M. Stephens, former Assistant United States Attorney Brooke C. Farzad, and Trial Attorney Christopher Matthews as the attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: *s/ Kathryn D. Risinger*
Kathryn D. Risinger
Joshua Kurtzman
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on October 2, 2025, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel, Jerry Gonzalez, via CM/ECF.

*s/Kathrn D. Risinger*
Kathryn D. Risinger
Assistant United States Attorney